# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilkinson III, James H. | Fourth US Circuit Court of Appeals | 5/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

255 W. Main Street Room 230
Charlottesville, VA 22902

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, James H. | 5/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Oxford University Press, book royalties | $319.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Trust # 1 (H) | | | | | | | | | |
| 2.    - Albemarle Corp Common Stock | B | Dividend | M | T | | | | | |
| 3.    - AT&T Common Stock | D | Dividend | L | T | | | | | |
| 4.    - Corteva Inc. | A | Dividend | K | T | | | | | |
| 5.    - Deere & Co Common Stock | D | Dividend | O | T | | | | | |
| 6.    - Dow Inc. | C | Dividend | L | T | | | | | |
| 7.    - DuPont De Nemours Inc. Common Stock<br>(formerly DowDuPont Inc.) | B | Dividend | L | T | | | | | |
| 8.    - Duke Energy Corp Common Stock | D | Dividend | M | T | | | | | |
| 9.    - Enbridge Inc. Common Stock | D | Dividend | L | T | | | | | |
| 10.    - Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 11.    - Lilly Eli & Co Common Stock | C | Dividend | M | T | | | | | |
| 12.    - Merck & Co Common Stock | D | Dividend | M | T | | | | | |
| 13.    - Mondelez International Inc Common Stock | A | Dividend | J | T | | | | | |
| 14.    - Pfizer Inc Common Stock | C | Dividend | L | T | | | | | |
| 15.    - Proctor & Gamble Co Common Stock | D | Dividend | O | T | | | | | |
| 16.    - Royal Dutch Petroleum Shell Co Common<br>Stock | C | Dividend | L | T | | | | | |
| 17.    - Truist Financial Corp Common Stock<br>(formerly SunTrust Banks Inc.) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson III, James H. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Vanguard 500 Index Fd | D | Dividend | O | T | Buy<br>(add'l) | 11/09/20 | K | | |
| 19.  - Vanguard Emerging Markets Stock Index Fund | B | Dividend | L | T | Buy<br>(add'l) | 11/09/20 | L | | |
| 20.  - Vanguard FTSE Emerging Mkts ETF | | None | | | Sold | 11/09/20 | L | | |
| 21.  - Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | P1 | T | Buy<br>(add'l) | 08/10/20 | M | | |
| 22.  Vanguard Mid-Cap Index Fund | C | Dividend | M | T | Buy | 11/09/20 | M | | |
| 23.  - Vanguard Mid-Cap Value Index Fund Admiral | | None | | | Sold | 11/19/20 | M | D | |
| 24.  - Vanguard Small-Cap Value Index Fund | | None | | | Sold | 08/10/20 | M | | |
| 25.  - Vanguard Developed Mkts Index Fd | D | Dividend | N | T | | | | | |
| 26.  Viatris Inc. Common Stock | A | Dividend | J | T | Spinoff<br>(from line 14) | 11/17/20 | J | | |
| 27. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 28.  - Federated Fd - TR MMMKT | A | Interest | M | T | | | | | |
| 29. | | | | | | | | | |
| 30.  IRA #1 (H) | | | | | | | | | |
| 31.  - Vanguard 500 Index Fd | B | Dividend | L | T | | | | | |
| 32.  - Vanguard Dev Mkts Index Fd | A | Dividend | J | T | Sold<br>(part) | 02/18/20 | J | A | |
| 33.  Vanguard Emerging Markets Stock Index Fund | A | Dividend | J | T | Buy | 11/09/20 | J | | |
| 34.  - Vanguard FTSE Emerging Mkts ETF | | None | | | Sold | 11/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Vanguard Growth Index Fd | A | Dividend | L | T | Sold (part) | 02/18/20 | J | B | |
| 36.   Vanguard Mid-Cap Index Fund | A | Dividend | J | T | Buy | 11/09/20 | J | | |
| 37.   - Vanguard Mid-Cap Value Index Fund Admiral | | None | | | Sold | 11/09/20 | J | A | |
| 38.   - Vanguard Small-Cap Index Fund | A | Dividend | J | T | Sold (part) | 02/18/20 | J | A | |
| 39.   - PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | J | T | | | | | |
| 40. | | | | | | | | | |
| 41.   Trust #2 (H) | | | | | | | | | |
| 42.   - Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 43.   - AT&T Inc Common Stock | B | Dividend | K | T | | | | | |
| 44.   - Corteva Inc. | A | Dividend | J | T | | | | | |
| 45.   - Dow Inc. Common Stock | A | Dividend | J | T | | | | | |
| 46.   - DuPont De Nemours Inc. Common Stock (formerly DowDuPont Inc.) | A | Dividend | J | T | | | | | |
| 47.   - Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 48.   - Enbridge Inc. Common Stock | A | Dividend | J | T | | | | | |
| 49.   - Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 50.   - Lincoln Natl Corp Common Stock | C | Dividend | M | T | | | | | |
| 51.   - Merck & Co Inc Common Stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | - Pfizer Inc Common Stock | B | Dividend | K | T | | | | | |
| 53. | - Royal Dutch Shell Sponsored Common Stock | A | Dividend | J | T | | | | | |
| 54. | - Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 55. | - Vanguard Dev Mkts Index Fd | C | Dividend | M | T | | | | | |
| 56. | - Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | | | | | |
| 57. | - Vanguard Growth Index Fd | A | Dividend | M | T | | | | | |
| 58. | - Vanguard Intermediate Term Tax-Exempt Fund | D | Dividend | N | T | | | | | |
| 59. | - Vanguard Mid-Cap Growth Index Fund | A | Dividend | K | T | | | | | |
| 60. | - Vanguard Mid-Cap Value Index Fund Admiral | A | Dividend | K | T | | | | | |
| 61. | - Vanguard - Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 62. | Viatris Inc. Common Stock | A | Dividend | J | T | Spinoff (from line 52) | 11/17/20 | J | | |
| 63. | | | | | | Sold (part) | 12/07/20 | J | A | |
| 64. | - Federated Fd - TR MMMKT | A | Interest | L | T | | | | | |
| 65. | | | | | | | | | | |
| 66. | Deposit Accounts (H) | | | | | | | | | |
| 67. | - SunTrust Interest Checking #1 | A | Interest | L | T | | | | | |
| 68. | - SunTrust Checking #2 | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SunTrust Checking #3 | | None | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. Trust #3 (H) | | | | | | | | | |
| 72. - Vanguard 500 Index Fd | B | Dividend | M | T | | | | | |
| 73. - Vanguard Dev Mkts Index Fd | B | Dividend | M | T | | | | | |
| 74. - Vanguard Emerging Markets Stock Index Fund | B | Dividend | L | T | | | | | |
| 75. - Vanguard Growth Index Fd | B | Dividend | M | T | | | | | |
| 76. - Vanguard Limited-Term Tax-Exempt Fd | D | Dividend | N | T | | | | | |
| 77. Vanguard Mid-Cap Index Fund | B | Dividend | L | T | Buy | 11/09/20 | L | | |
| 78. - Vanguard Mid-Cap Value Index Fund Admiral | | None | | | Sold | 11/09/20 | L | C | |
| 79. - Vanguard Russell 1000 Value Index Fund | B | Dividend | L | T | | | | | |
| 80. - PWM Fid Master Dept Acct - SunTrust Money Mkt | A | Interest | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. Davenport Brokerage (H) | | | | | | | | | |
| 83. - Davenport Core Mutual Fund (X) | C | Dividend | N | T | | | | | |
| 84. - Davenport Equity Opptys Mutual Fund (X) | D | Distribution | M | T | | | | | |
| 85. - U S Treasury Oligs Cii (X) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkinson III, James H.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions
I have completed my service as a trustee, and did not serve on any Boards during the relevant reporting period.

Part II: Agreements
RE: I will rec, contd… in any benefit plan provided by the University, although past pension benefits are vested.  My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University.  The mortgage was paid in full on 02/09/1985.

Part VII: Investments and Trusts
Trust #1
My Revocable Trust

Spinoff of Viatris by Pfizer, effective 11/17/2020

Kraft Heinz Co Common Stock - Reported on Line 12 in 2020 Financial Disclosure Report as Sold (part) - Date 08/19/19. This should have been reported as Sold. Column D; (3) Value Code 2 and (4) Gain Code 1 values were accurately stated on the 2020 report. The market value of the sale equals the market value held prior to 08/19/19. Line 12, Columns B and C should not have stated any value at the end of the calendar year. This stock is not listed on this financial report as it was not held in the account during the reporting period.

IRA
My current IRA

Trust #2
My ▭ Revocable Trust

Spinoff of Viatris by Pfizer, effective 11/17/2020

Trust #3
Irrevocable GST Trust for me (from ▭ trust).
This trust was created from ▭ Trust ( ▭ Revocable Trust became an Irrevocable Interim Trust - after ▭ death) which was split into two shares, after IRS approval was received, for ▭ and me.  My share later became this trust.

Davenport Brokerage
My ▭ account

These two mutual funds and the U.S. Treasury Oligs were inherited by ▭ from ▭ in 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James H. Wilkinson III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544